No. 919. GULF, MOBILE AND NORTHERN RAILROAD COMPANY v. J. A. MYERS. April 11, 1927. Petition for a writ of certiorari to the Supreme Court of the State of Mississippi denied. *Mr. Ellis B. Cooper* for petitioner. *Mr. Elmer C. Sharp* for respondent.

---

No. 920. HERMANN F. M. MUTZENBECHER, FRANK F. MUTZENBECHER, ERNEST BEHR, ET AL., ETC. v. SUMNER BALLARD. April 11, 1927. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Jennings C. Wise* and *Frank D. Moore* for petitioners. *Mr. David Rumzey* for respondent.

---

No. 921. IVOR ARMSTRONG v. UNITED STATES. April 11, 1927. Petition for a writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Ernest B. D. Spagnoli* for petitioner. *Solicitor General Mitchell,* Assistant Attorney General *Willebrandt,* and *Mr. K. L. Campbell* for the United States.

---

No. 923. CHARLES J. BARNES AND JEAN MASON BARNES, MARGARET MULVIHILL, AND FRANK MULVIHILL v. SOUTHERN PACIFIC COMPANY AND SOUTHERN PACIFIC RAILROAD COMPANY. April 11, 1927. Petition for a writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Gurney E. Newlin* for petitioner. *Messrs. Frank Thunen, C. F. R. Ogilby,* and *W. I. Gilbert* for respondents.

---

No. 925. MAISON DORIN SOCIETE ANONYME v. JOHN W. ARNOLD, DAN L. ARNOLD, ADELAIDE F. ARNOLD, ET AL., ETC. April 11, 1927, Petition for a writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied.